Lawrence R. Cock, WSBA No. 20326
Attorney for defendant Kyle Johnson
CFL LAW, LLP
3045 42nd Avenue West
Seattle, Washington 98199-2421
Telephone: (206) 292-8800
Email: lawrence@CFLseattle.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT YAKIMA

| | |
|---|---|
| EUROFINS MICROBIOLOGY LABORATORIES, INC., <br>                     Plaintiff, <br> ANATEK LABS, INC. and KYLE JOHNSON, <br>                     Defendants | Case No. 2:24-CV-00004-SAB <br><br> NOTICE OF APPEARANCE |

TO:       CLERK OF THE COURT

AND TO:   All parties and their attorneys of record

PLEASE TAKE NOTICE that Lawrence R. Cock and CFL Law, LLP, hereby enter their appearance in this matter as counsel on behalf of defendant Kyle Johnson.

Notice of Appearance - 1

This appearance shall be effective immediately. Except for original process and/or service of process, all future notices and pleadings directed to defendant Kyle Johnson should be served upon counsel at the address below.

DATED January 22, 2024.

*s/ Lawrence R. Cock*
Lawrence R. Cock, WSBA No. 20326
Attorney for defendant Kyle Johnson
CFL LAW, LLP
3045 42nd Avenue West
Seattle, Washington 98199-2421
Telephone: (206) 292-8800
Email: lawrence@CFLseattle.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

I hereby certify that I emailed a copy of the foregoing to the following:

> Jessica E.. La Londe
> DUANE MORRIS LLP
> jelalonde@duanemorris.com
>
> Lawrence H. Pockers
> DUANE MORRIS LLP
> lhpockers@duanemorris.com
>
> Shannon Hampton Sutherland
> DUANE MORRIS LLP
> shsutherland@duanemorris.com
>
> Joseph R. Welsh
> DUANE MORRIS LLP
> jrwelsh@duanemorris.com

DATED this 22nd day of January, 2024, at Port Orchard, WA.

> s/ *Irina Kinyon, PP*
> Irina Kinyon, Paralegal
> CFL LAW, LLP
> 3045 42nd Avenue West
> Seattle, Washington 98199-2421
> Email: irina@CFLseattle.com