FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

EUROFINS MICROBIOLOGY
LABORATORIES, INC.,

    Plaintiff,

      v.

ANATEK LABS, INC. [Washington],
ANATEK LABS, INC. [Idaho], and
KYLE JOHNSON

    Defendants;

and

KYLE JOHNSON,

    Counterclaim Plaintiff,

      v.

EUROFINS MICROBIOLOGY
LABORATORIES, INC.,

    Counterclaim Defendant.

NO:  2:24-CV-00004-RLP

ORDER OF DISMISSAL WITH
PREJUDICE

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice. ECF No. 49. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a Stipulated Motion to Dismiss signed by all parties who have appeared. The parties stipulate and agree to the dismissal of Plaintiff's causes of action against Defendants with prejudice, without an award of fees or costs. The stipulation is signed by counsel for all parties that have appeared.

Accordingly, IT IS HEREBY ORDERED:

1.      The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 49**, is **GRANTED**.

2.      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this case is DISMISSED with prejudice and without an award of fees or costs.

3.      All pending deadlines and hearings are STRICKEN.

4.      All pending motions are DENIED AS MOOT.

IT IS SO ORDERED. The District Court Executive is directed to enter this Order and Judgment, provide copies to the parties, and CLOSE the file.

**DATED** May 8, 2025.

REBECCA L. PENNELL
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2